The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER KEMP, <br><br> Defendant. | NO. CR24-0079-KKE-8 <br><br> ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TEMPORARILY EXTEND CURFEW |

Defendant Alexander Kemp filed a motion requesting a temporary extension of his curfew to allow him to monitor some of his children lighting fireworks in front of his primary residence on July 4, 2025. Dkt. No. 257. Neither Probation nor the Government oppose the motion. *Id*. at 2.

The Court GRANTS Defendant's motion. Dkt. No. 257. Defendant's curfew is extended to 10:30 p.m. on July 4, 2025.

DONE this 3rd day of July, 2025.

Kymberly K. Evanson
United States District Judge