UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR24-0079-KKE-8 |
|---|---|
| Plaintiff(s), | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TEMPORARILY EXTEND CURFEW |
| v. | |
| ALEXANDER KEMP, | |
| Defendant(s). | |

Defendant filed a motion to temporarily extend his curfew on October 31, 2025, to 10:30 p.m. so that he can take some of his children trick-or-treating at Issaquah Highlands. Dkt. No. 326. Neither Pretrial Services, Defendant's location monitors, nor the Government opposes the motion. *Id*. at 2.

Finding good cause, the Court GRANTS Defendant's motion and extends Defendant's curfew to 10:30 p.m. on October 31, 2025.

Dated this 30th day of October, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TEMPORARILY EXTEND CURFEWS - 1