UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff(s),<br>     v.<br><br>ALEXANDER KEMP,<br><br>                    Defendant(s). | CASE NO. CR24-0079-KKE-8<br><br>ORDER GRANTING UNOPPOSED MOTION TO TERMINATE THOMAS COE AS COUNSEL OF RECORD AND APPOINT NEW COUNSEL |

THE COURT, having reviewed the unopposed motion (Dkt. No. 410), GRANTS THE MOTION to terminate Mr. Thomas Coe as counsel of record and directs the CJA Administrator to appoint new CJA counsel to represent Mr. Alexander Kemp.

Dated this 9th day of April, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO TERMINATE THOMAS COE AS COUNSEL OF RECORD AND APPOINT NEW COUNSEL - 1